IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY TONY SUNDAY,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.  2:13cv400-WHA |
| ) | |
| HYUNDAI MOTORS,  ) | (WO) |
| ) | |
| Defendant.  ) | |

**<u>FINAL JUDGMENT</u>**

This case having been dismissed without prejudice for want of jurisdiction by order entered on this day,

Final Judgment is entered in favor of Hyundai Motors and against Anthony Tony Sunday, and this case is DISMISSED without prejudice.

DONE this 26th day of September, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE